**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 02-7232**

────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEFFREY A. PLEASANT, a/k/a Jeffrey A.
Pleasants,

Defendant - Appellant.

────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-00-71, CA-02-567-3)

────────────

Submitted: October 10, 2002      Decided: October 25, 2002

────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Jeffrey A. Pleasant, Appellant Pro Se. Stephen Wiley Miller, Shannon Leigh Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey A. Pleasant appeals the district court's order denying his Motion to Release All Documented Information Relevant to Criminal Indictment in Custody and Care of the Richmond Police Department. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Pleasant, Nos. CR-00-71; CA-02-567-3 (E.D. Va. filed Aug. 6, 2002 & entered Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED